### 877. WILCOX v. SARGEANT.

RUSSELL, J. 1. The fact that the evidence would have authorized a larger recovery in behalf of the prevailing party in a case than the amount of the verdict affords no ground of complaint to his adversary. *Gilmore v. Taylor,* 3 *Ga. App.* 93 (59 S. E. 325); *Ellis* v. *U. S. Fert. Co.,* 64 *Ga.* 571.

2. The rule that parol evidence is inadmissible to vary the terms of a written contract is not violated by the admission of parol testimony to the effect that a certain payment was made upon a different purchase than that mentioned in the bond for title.

3. There was no error in refusing a new trial, where the controlling issue of fact (as to whether a payment, alleged to have been made by the plaintiff, was a penalty or a forfeiture, or a partial payment on a purchase) was fairly submitted to the jury, and where evidence was submitted showing that it was a payment on a contract of sale which the defendant had failed to carry out, as well as evidence that it was a payment on a different transaction, in which the defendant had complied with all of his obligations. ·　　　*Judgment affirmed.*

Appeal, from Wilcox superior court—Judge Whipple.   November 9, 1907.

Submitted September 4, 1907,—Decided March 16, 1908.

*Hal Lawson,* for plaintiff in error.

*Max E. Land, Walter F. Hall,* contra.